IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DARRYL LESTER LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-2091 |
| MICHAEL D. DOWNEY, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Defendant, MICHAEL SHREFFLER, furnishes the following in compliance with Rule 11.3 of this Court:

1. I am the attorney of record for: Defendant Michael Shreffler in the above-captioned case.

2. The above-named Defendant is not a corporation.

3. The firm of HERVAS, CONDON & BERSANI, P.C. is expected to appear on behalf of the above-named Defendant.

Dated:  11/25/09

S/Yordana Sawyer
YORDANA SAWYER, Attorney No. 06290678
Attorney for Defendant
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road,  Suite 195
Itasca, IL 60143-3156
P: 630-773-4774    F: 630-773-4851
ysawyer@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DARRYL LESTER LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-2091 |
| | ) |
| MICHAEL D. DOWNEY, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2009, I electronically filed the foregoing *Certificate of Interest* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ms. Nancy G. Ross
McDermott Will & Emery
31st Floor
227 W. Monroe
Chicago, IL 60606-5096
nross@mwe.com

                    S/Yordana Sawyer
                    YORDANA SAWYER, Attorney No. 06290678
                    Attorney for Defendant
                    HERVAS, CONDON & BERSANI, P.C.
                    333 W. Pierce Road,   Suite 195
                    Itasca, IL 60143-3156
                    P: 630-773-4774     F: 630-773-4851
                    ysawyer@hcbattorneys.com