**E-FILED**
Tuesday, 01 March, 2011  01:10:00 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| Darryl Lester Lewis, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:06-CV-02091-DGB |
| v. | ) |
| | ) Magistrate Judge David G. Bernthal |
| Michael Shreffler and | ) |
| Kankakee County, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STATUS REPORT

Pursuant to this Court's February 15, 2011 Text Order, Plaintiff Darryl Lewis and

Defendants Michael Shreffler and Kankakee County hereby submit this Status Report regarding

the parties' ongoing settlement negotiations.  The parties have agreed in principle to settle this

case, and continue to negotiate the precise terms of the settlement agreement.  The parties

anticipate executing the settlement agreement within fourteen (14) days of this Status Report.

The parties will submit a written report regarding the status of the settlement negotiations on or

before March 18, 2011.

Dated:  March 1, 2011

<table>
<tr><td>

/s/ Michael Bersani
Michael Bersani
Yordana Sawyer
**HERVAS, CONDON & BERSANI, P.C.**
333 Pierce Road, Suite 195
Itasca, Illinois  60143
Tel:  (630) 773-4774
Fax:  (630) 773-4851

*Counsel for Defendants Michael Shreffler and
Kankakee County*

</td><td>

/s/ Matthew L. Kutcher
B. John Casey
Matthew L. Kutcher
Allison V. Passman
Eric R. Swibel
Gabriel Edelson
**LATHAM & WATKINS LLP**
233 S. Wacker Drive, Suite 5800
Chicago, Illinois  60606
Tel:  (312) 876-7700
Fax: (312) 993-9767
*Counsel for Plaintiff Darryl Lester Lewis*

</td></tr>
</table>